GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
email: rgoodin@gmssr.com
FRANCINE T. RADFORD, State Bar No. 168269
email: fradford@gmssr.com
KEITH E. JOHNSON, State Bar No. 202321
Email: kjohnson@gmssr.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:   (415) 392-7900
Facsimile:   (415) 398-4321

Attorneys for Plaintiffs Daniel R. Michener, Alan M. Dunn, Charles D. Toy, Larry J. Austin, W. Denman Van Ness and Michael P. Salucci

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL R. MICHENER, an individual, ALAN M. DUNN, an individual, CHARLES D. TOY, an individual, LARRY J. AUSTIN, an individual, W. DENMAN VAN NESS, an individual, AND MICHAEL P. SALUCCI, an individual<br><br>Plaintiffs,<br><br>v.<br><br>J. RICHARD BLANKENSHIP, an individual<br><br>Defendant. | No. C 07 4960 MJJ<br><br>**NOTICE OF DISMISSAL (FRCP 41(a))**<br><br>IT IS SO ORDERED<br>/s/ Martin J. Jenkins<br>Judge Martin J. Jenkins |

No. C 07 4960 MJJ

NOTICE OF DISMISSAL (FRCP 41(a))

Plaintiffs Alan M. Dunn, Daniel R. Michener, Charles D. Toy, Larry J. Austin, W. Denman Van Ness and Michael P. Salucci hereby voluntarily dismiss the above-entitled action with prejudice.

Dated:  December 18, 2007

Respectfully submitted,

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
Francine T. Radford

By  /s/ Francine T. Radford
     Francine T. Radford
Attorneys for Plaintiffs Daniel R. Michener, Alan M. Dunn, Charles D. Toy, Larry J. Austin, W. Denman Van Ness and Michael P. Salucci

3291/001/X95272.v1
11:51 AM

-1-     No. C 07 4960 MJJ
NOTICE OF DISMISSAL (FRCP 41(a))